```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division                       E-FILED 02/07/08
ALARICE M. MEDRANO                          JS-6
Assistant United States Attorney
California Bar No. 166730
     Room 7516 Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-0460
     Facsimile: (213) 894-7819
     E-mail:   Alarice.Medrano@usdoj.gov

Attorneys for Federal Defendants, Michael Mukasey,
Attorney General, Department of Justice, et al.
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KARAPET BATMANYAN,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL MUKASEY[1], ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, et al.,<br><br>          Defendants. | No. CV 07-7888 PSG (SHx)<br><br>[PROPOSED]<br>ORDER DISMISSING ACTION<br><br>[Before the Honorable<br>Philip S. Gutierrez] |

\\\

\\\

\\\

\\\

\\\

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Attorney General Michael Mukasey is substituted for Peter D. Keisler.

1    The Court having considered the parties' Stipulation to
2 Dismiss,
3    IT IS SO ORDERED THAT the above-captioned action be
4 dismissed without prejudice.  Each party shall bear their own
5 costs and fees, including attorneys fees.

7    DATED:  02/07/08  _____

                    **PHILIP S. GUTIERREZ**
                    _____
                       PHILIP S. GUTIERREZ
                    United States District Judge

14 Presented by:

15 THOMAS P. O'BRIEN
   United States Attorney
16 LEON W. WEIDMAN
   Assistant United States Attorney
17 Chief, Civil Division

19  /s/ Alarice M. Medrano
   ALARICE M. MEDRANO
20 Assistant United States Attorney

21 Attorneys for Federal Defendants,
   Michael Mukasey, Attorney General,
22 Department of Justice, et al.

                    2